## Evalyn Kingman, Appellee, v. Louis Kingman, Appellant.

### Gen. No. 6,178.   (Not to be reported in full.)

Appeal from the Circuit Court of Peoria county; the Hon. THEODORE N. GREEN, Judge, presiding. Heard in this court at the October term, 1915. Reversed and remanded with directions. Opinion filed April 14, 1916.

### Statement of the Case.

Petition filed by Evalyn Kingman, petitioner, against Louis Kingman, respondent, asking for a rule to show cause why the respondent should not be attacked for contempt of court for refusal to pay alimony. From an order entered against him, the defendant appeals.

EVANS & EVANS, for appellant.

ROBERT H. LOVETT and WEIL & BARTLEY, for appellee.

MR. JUSTICE CARNES delivered the opinion of the court.

### Abstract of the Decision.

1. DIVORCE, § 109*—*what orders relative to alimony may be made.* The court may, from time to time, make such orders as to the amount of alimony that shall be paid as the exigencies of the case require.

2. DIVORCE, § 110*—*when amount of alimony properly reduced.* Where, owing to financial reverses, the defendant's income had been very much reduced, alimony was reduced from $20 to $5 per week, and an order committing him for contempt for not paying alimony past due, reversed.

3. DIVORCE, § 110*—*when refusal to reduce alimony erroneous.* Refusal of the court to reduce alimony because the defendant was in contempt for failure to pay alimony past due, *held* error.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.